See *Workman v. Warden* (1997), 80 Ohio St.3d 1479, 687 N.E.2d 474; *Pegan v. Crawmer* (1995), 73 Ohio St.3d 607, 609, 653 N.E.2d 659, 661. Respondents are ordered to file a return of writ within thirty days of service of the petition, and petitioner may file a response within twenty days after the return. Petitioner's physical presence before this court is not required. *Gaskins v. Shiplevy* (1996), 76 Ohio St.3d 380, 382, 667 N.E.2d 1194, 1196.

DOUGLAS, RESNICK and LUNDBERG STRATTON, JJ., dissent and would dismiss this cause.

**98–2192. State v. Snodgrass.**
Lucas App. No. L–93–250. On motion for leave to file delayed appeal. Motion denied.

**98–2201. State v. Keith.**
Richland App. No. 97CA442. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., dissents.

**98–2202. State v. Sybert.**
Lucas App. No. L–96–337. On motion for leave to file delayed appeal. Motion granted.
RESNICK and F.E. SWEENEY, JJ., dissent.

**98–2204. State v. Scott.**
Cuyahoga App. No. 74805. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**98–2231. State v. Miller.**
Cuyahoga App. Nos. 72344, 72345, 72346 and 72347. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**98–2246. State v. Martin.**
Montgomery App. No. 15615. On motion for leave to file delayed appeal. Motion denied.

**98–2263. State v. Halliwell.**
Cuyahoga App. No. 70369. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and DOUGLAS, J., dissent.

**98–2264. State v. Marshall.**
Lucas App. No. L–97–1199. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**98–2265. State v. Wilberger.**
Cuyahoga App. No. 74775. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**98–2280. State v. Avery.**
Union App. No. 14–97–30. On motion for stay. Motion denied.

**98–2282. State v. Johnson.**
Delaware App. No. 96CAA12066. On motion for leave to file delayed appeal. Motion denied.

**98–2285. State ex rel. White v. Goldsberry.**
Athens App. No. 98CA38. On motion for stay. Motion denied.

**98–2301. State v. Gowdy.**
Hamilton App. No. C–970359. On motion for leave to file delayed appeal. Motion granted.
RESNICK, F.E. SWEENEY and COOK, JJ., dissent.

# RECONSIDERATION DOCKET

**97–929. State v. McNeill.**
Lorain App. No. 95CA006158. Reported at 83 Ohio St.3d 438, 700 N.E.2d 596. On motion for reconsideration. Motion denied.

**97–1974. State v. McNeill.**
Lorain App. No. 95CA006158. Reported at 83 Ohio St.3d 457, 700 N.E.2d 613. On motion for